United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRES ELOY MONSALVE ARIAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-856 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Andres Eloy Monsalve Arias is a national of Venezuela currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him, alleging causes of action based on various grounds.

To the extent Petitioner requests an ex parte temporary restraining order, the Court finds that his Petition does not satisfy the requirements for such relief.

To facilitate the Court's consideration of the issues that Petitioner alleges, it is:

**ORDERED** that Petitioner Andres Eloy Monsalve Arias's motion for temporary restraining order is **DENIED**; and

**ORDERED** that by no later than September 4, 2026, Respondents shall file a Response to the issues that Petitioner raises in his Petition.

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on August 13, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1