United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRES ELOY MONSALVE ARIAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-856 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Andres Eloy Monsalve Arias was detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contested Respondents' ability to detain him without a bond hearing.

On October 1, 2026, Respondents informed the Court that Petitioner was removed to Venezuela. (Status Report, Doc. 18) Petitioner's removal renders moot his habeas petition. As a result, it is:

**ORDERED** that Petitioner Andres Eloy Monsalve Arias's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on October 1, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge